UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 05 B 22880
   TODD FREIBERG
   KATHERINE FREIBERG                     CHAPTER 13

                                          JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-4361    SSN XXX-XX-7243
```

------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

   1. The case was filed on 06/08/05 and confirmed on 10/28/05.

   2. The plan is paid in full.

   3. The Debtor paid a total of $ 15398.17 .

   4. The Trustee made disbursements to creditors as follows:

```
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT   INTEREST    PRINCIPAL
                                                          PAID        PAID
------------------------------------------------------------------------
AMC MORTGAGE SERVICES     CURRENT MORTG         .00           .00          .00
AMC MORTGAGE SERVICES     NOTICE ONLY     NOT FILED           .00          .00
NEW FALLS CORPORATION     SECURED VEHIC    3000.00         33.13      3000.00
KENDALL COUNTY COLLECTOR  PRIORITY              .00           .00          .00
AMERICAN EDUCATION        UNSECURED       NOT FILED           .00          .00
JOSEPH VOILAND CH 7 TRUS  UNSECURED       NOT FILED           .00          .00
JOSEPH VOILAND CH 7 TRUS  UNSECURED        8150.00            .00      8150.00
JOSEPH VOILAND CH 7 TRUS  UNSECURED       NOT FILED           .00          .00
NEW FALLS CORPORATION     UNSECURED        1581.15            .00      1581.15
ILLINOIS DEPT REVENUE     FILED LATE            .00           .00          .00
```

         Summary of disbursements:

```
------------------------------------------------------------------------
                    SECURED    PRIORITY   UNSECURED    OTHER       TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED  3000.00        .00     9731.15       .00    12731.15
PRINCIPAL PAID      3000.00        .00     9731.15       .00    12731.15
INTEREST PAID         33.13        .00         .00       .00       33.13
TOTAL PAID          3033.13        .00     9731.15       .00    12764.28
```

The Debtor's attorney, FOX VALLEY LEGAL GROUP          , was allowed $  2200.00 and was paid $   200.00  direct and $   2000.00  through the plan.

The Trustee received $    597.45 .

Refunds to the Debtor totaled $     36.44 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 12/17/07 /s/
GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 05 B 22880 TODD FREIBERG & KATHERINE FREIBERG